December 22, 2006

Mr. Michael L. Scanes
Scanes, Routh & James
P. O. Box 1470
Waco, TX 76703-1470
Ms. Amy C. Thomas
The Law Offices of Amy Thomas
P.O. Box 111
Mexia, TX 76667

RE: Case Number: 04-0514
 Court of Appeals Number: 10-01-00370-CV
 Trial Court Number: 25,536-B

Style: STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
 v.
 JIMMIE R. NORRIS

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. (Justice O'Neill not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Sharri |
| |Roessler |
| |Ms. Peggy Murray |
| |Hill |